# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CAMERON REDMAN,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:24-MJ-155<br>)<br>) **UNDER SEAL**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2022 to July 2022__ in the city/county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1 and 2: Title 18 U.S.C. § 1349<br>Count 3: Title 18 U.S.C. §§ 1343, 2<br>Count 4: Title 18 U.S.C. §§1028A(a)(1), 2<br>Count 5: Title 18 U.S.C. §§1028A(a)(1), 371 | Conspiracy to Commit Wire Fraud.<br>Wire Fraud.<br>Aggravated Identity Theft.<br>Conspiracy to Commit Aggravated Identity Theft. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

*Jordan A. Jenkins*
*Complainant's signature*

AUSA Zoe Bedell
*Printed name and title*

Jordan A. Jenkins, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: April 17, 2024

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, United States Magistrate Judge
*Printed name and title*