AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| CAMERON REDMAN, | ) Case No. 1:24-MJ-155 |
| | ) **UNDER SEAL** |
| Defendant | ) |

FILED
2025 MAR 20  A 9:38

2024 APR 17 12:21
UNITED STATES MARSHAL

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cameron Redman                                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Two counts of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; one count of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; one count of aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2; and one count of conspiracy to commit aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 371.


Date: 04/17/2024

*Issuing officer's signature*

City and state:   Alexandria, Virginia            The Honorable William B. Porter, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/17/24, and the person was arrested on *(date)* 3/19/25
at *(city and state)* Lisbon, Portugal.

Date: 3/20/25

*Arresting officer's signature*

Yanela Lopez, DUSM
*Printed name and title*