# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America  ) 
Plaintiff )
v. ) Case No. 1:24 MJ 155
Cameron Redman  )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant.

Date: 3/20/25

_Attorney's signature_

Stuart A. Sears  VA 71436
_Printed name and bar number_

555 13th St. NW
Washington, DC 20004
_Address_

ssears@schertlerlaw.com
_E-mail address_

202-628-4199
_Telephone number_

202-628-4177
_FAX number_