|  | TYPE OF HEARING: __R5__ |
|---|---|
|  | CASE NUMBER: __1:24-mj-155__ |
|  | MAGISTRATE JUDGE: __Ivan D. Davis__ |
|  | DATE: __3/20/2025__ |
|  | TIME: __2:28 – 2:38 p.m.__ |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: __Laura Guerra__ |

UNITED STATES OF AMERICA

       VS.

__Cameron Albert Redman__

Govt Counsel: __Zoe Bedell__

Deft Counsel: __Stuart Sears__

AFPD: __

Interpreter: __

Deft informed of rights, charges, and penalties (x)
Deft informed of rights, and violations ( )
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Gov't is seeking detention - GRANTED. Deft remanded pending PH/DH. Deft waives speedy detention hearing.

**NEXT COURT APPEARANCE:**

**3/31/2025 2:00 PH/DH**

**JUDGE: WBP**