# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CAMERON REDMAN<br>_Defendant_ | )<br>)<br>) Case No. 24-mj-155<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/31/25

_Defendant's signature_

_Signature of defendant's attorney_

STUART A. SEARS (71436)
_Printed name and bar number of defendant's attorney_

555 17th St., NW
WASHINGTON, D.C. 20004
_Address of defendant's attorney_

ssears@schertlerlaw.com
_E-mail address of defendant's attorney_

202-628-4199
_Telephone number of defendant's attorney_

202-628-4177
_FAX number of defendant's attorney_