# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAMERON REDMAN<br><br>*Defendant.* | Crim. No. 1:24-mj-155 |

## MOTION FOR ENTRY OF A PROTECTIVE ORDER

The United States, through undersigned counsel, and with the defendant's consent, moves the Court for the entry of a protective order, filed here as Attachment 1, to restrict the disclosure and dissemination of materials produced by the United States to the defendant as part of the United States' discovery obligations in this case.

Respectfully submitted,

Erik S. Siebert
United States Attorney

_____/s/_____
Zoe Bedell
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Email: Zoe.Bedell@usdoj.gov