

JS 45 (01/2008)               **REDACTED**

Criminal Case Cover Sheet           U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _X_    Judge Assigned: _LMB_

City _____ Superseding Indictment _____ Criminal Number: _1:25CR129_

County/Parish _____ Same Defendant _X_    New Defendant _____

          Magistrate Judge Case Number _1:24-MJ-155_    Arraignment Date: _____

          Search Warrant Case Number _____

          R 20/R 40 from District of _____

          Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes ___ No _X_    FBI # _____

**Defendant Name:** Cameron Albert Redman    Alias Name(s) _____

**Address:** n.º 80, 3.º esq., 1050-012 Lisboa

**Employment:** _____

**Birth date** 2002    SS# _____ Sex _M_ Def Race ____ Nationality Canadian    Place of Birth ____

**Height** 5'08"    Weight ___ Hair Brown    Eyes ___ Scars/Tattoos _____

    Interpreter: _X_ No ___ Yes    List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

_X_ Already in Federal Custody as of    3/19/2025    in    William G. Truesdale Adult Detention Center

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**

Name: Stuart A. Sears, SCHERTLER ONORATO MEAD & SEARS, LLP    ___ Court Appointed    Counsel conflicted out: _____

Address: 555 13th Street, NW, Suite 500 West, Washington, DC 20004    _X_ Retained

Telephone: O: 202-628-4199   C: 703-609-4323    ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA Zoe Bedell    Telephone No: (703) 299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

---

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1-2 | Felony |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 3 | Felony |
| Set 3 | 18 U.S.C. §§ 371, 1028A(a)(1), 2 | Conspiracy to Commit Aggravated Identity Theft | 4 | Felony |

(May be continued on reverse)

**Date:** May 2, 2025    Signature of AUSA:    /s/ Zoe Bedell

RECEIVED
2025 MAY -2 A 11:04