# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:25-CR-129 |
| v. ) | |
| ) | The Honorable Leonie M. Brinkema |
| **CAMERON ALBERT REDMAN,** ) | |
| ) | Sentencing Hearing: July 29, 2025 |
| **Defendant.** ) | |

### DEFENDANT'S MOTION TO SEAL PURSUANT TO LOCAL RULE 49(E)

Defendant, Cameron Albert Redman, by and through counsel, respectfully submits to this Honorable Court his Motion to Seal Pursuant to Local Rule 49(E) of the Local Rules for the United States District Court for the Eastern District of Virginia, and asks for an Order sealing the documents attached to this motion. The attached documents are submitted under seal pursuant to Local Rule 49(E), which provides that the documents are to be kept under seal pending the outcome of this motion. In support of his motion, the defendant provides the following:

I. **ITEMS TO BE SEALED**

The defendant asks the Court to seal Exhibits 1 and 2 attached to his Position on Sentencing, which will be filed on July 23, 2025. The Exhibits contain confidential medical information and other personal information that should not be disclosed to the public at large. counsel for defendant has considered alternative procedures to sealing and believes that none will suffice to adequately protect this information from disclosure. In addition, counsel for defendant will file a redacted Position on Sentencing on the public docket and provide the Court and government counsel an unredacted copy, in order to protect the same medical/personal information.

1

## II. AUTHORITY FOR SEALING DOCUMENTS

A "trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978). Psychological and medical information falls within the type of material which an individual is ordinarily entitled to privacy protection. *United States v. Westinghouse Electric Corporation*, 638 F.2d 570, 577 (3d Cir. 1980).

## III. THE DOCUMENTS SHOULD REMAIN UNDER SEAL IN PERPETUITY

In order to protect the defendant from disclosure of his personal medical information and other related personal information, the materials to be filed under seal would need to remain under seal in perpetuity.

WHEREFORE based on the foregoing reasons and any others that may appear to the Court, Mr. Redman respectfully requests that this Honorable Court enter an Order sealing in perpetuity the attached documents (Exhibits 1 and 2 to his Position on Sentencing).

Date: July 23, 2025

Respectfully submitted,

CAMERON ALBERT REDMAN,
By Counsel

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
*Attorney for Cameron Albert Redman*
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2025, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/ Stuart A. Sears
Stuart A. Sears
VA Bar 71436
*Attorney for Cameron Albert Redman*
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13th Street, NW
Washington, DC  20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com