# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-CR-129 |
| CAMERON ALBERT REDMAN, ) | |
| ) | |
| Defendant. ) | |

## SEALING ORDER

This matter having come before the Court on Defendant's Motion to Seal Pursuant to Local Criminal Rule 49(E) and for good cause shown, the Court finds:

1. The defendant seeks to file certain documents under seal.

2. Sealing of these documents is necessary because the documents contain confidential medical information and other personal confidential information that should not be disclosed to the public at large.

3. The Court has considered procedures other than sealing, but none would suffice to protect the information contained within the document.

4. "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978). Psychological and medical information falls within the type of material which an individual is ordinarily entitled to privacy protection. *United States v. Westinghouse Electric Corporation*, 638 F.2d 570, 577 (3d Cir. 1980).

5. The defendant requests that the pertinent material be sealed in perpetuity.

It is therefore ORDERED that the Defendant's Motion to Seal is Granted and it is further ORDERED that the documents filed under seal, Exhibits 1 and 2 to Defendant's Position on Sentencing, will remain under seal in perpetuity.

ENTERED this 23rd day of July, 2025.

/s/ 

Leonie M. Brinkema
United States District Judge

Alexandria, Virginia